IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 1:26-cv-00506-GPG

MARICELA REGALDO-HERNANDEZ,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as the warden of the Aurora Contract Detention Facility; PAMELA BONDI, in her official capacity as Attorney General of the United States; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; and
ROBERT HAGAN, in his official capacity as Field Office Director of the ICE Enforcement and Removal Operations Denver Field Office,

    Respondents.

---

**ORDER**

---

    Before the Court is Petitioner's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (D. 1). To the extent they have not yet done so, Petitioner's counsel is directed to serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance, and, within 21 days of service as set out above, Respondents are ORDERED TO SHOW CAUSE as to why the Petition should not be granted. Petitioners shall then have 14 days in which to file a reply.

    DATED February 10, 2026.

                                                    BY THE COURT:

_____
Gordon P. Gallagher
United States District Judge

2